IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEONARD McDONALD,                                                                      PLAINTIFF

3:06CV00194HLJ

DICK BUSBY, et al.                                                                          DEFENDANTS

ORDER

On February 5, 2007, this Court directed defendants to provide the last-known addresses of defendants Mickey Thornton and Jamie Harrison, who have not yet been served (DE #23). Defendants have responded by stating that defendant Thornton is employed at the Crittenden County Detention Center, and can be contacted there. In addition, defendants state that no one named Jamie Harrison has ever been employed at the Jail. Defendants do state that a jailer named James Harris is employed there. Therefore, the Court will direct the re-issuance of summons and service of the complaint on defendant Thornton. The Court will not, however, re-issue summons and service on defendant Harrison (Harris) until plaintiff notifies the Court of the proper identity/name of this defendant. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Mickey Thornton, and the United States Marshal is hereby directed to serve a copy of the summons, complaint (DE #1), and amended complaint (DE #2) on defendant Thornton at the Crittenden County Detention Facility, 350 Afco Road, West Memphis, Arkansas 72301, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 23rd day of February, 2007.

*Henry L. Jones, Jr.*
United States Magistrate Judge