IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LEONARD McDONALD                                                              PLAINTIFF

v.                                        3:06CV00194HLJ

RICHARD BUSBY, et al.                                                        DEFENDANTS

ORDER

This matter is before the Court on defendants' motion for summary judgment, filed March 8, 2007. Since the time of the filing of this motion, plaintiff has filed numerous changes of address (DE ##40, 47, 52, 55) and this Court has issued and re-mailed orders to respond to the motion on numerous occasions (DE ##45, 49, 53, 55). At this time, however, plaintiff has not filed a response to the summary judgment motion. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff shall have one final opportunity in which to respond to defendants' motion for summary judgment, within fifteen days of the date of this Order. Failure to respond to the motion shall result in the dismissal without prejudice of plaintiff's complaint. See Local Rule 5.5(c)(2). The Clerk is directed to forward to plaintiff copies of the original summary judgment motion, brief, and statement of facts (DE ##37-39).

IT IS SO ORDERED this 4th day of June, 2007.

_____
Henry L. Jones, Jr.
United States Magistrate Judge